# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| LARRY BUTTS, <br><br> Plaintiff, <br><br> v. <br><br> EXETER FINANCE, LLC <br><br> Defendant. | Case No. 5:17-cv-14216-JCO-RSW <br><br> Honorable Judge John Corbett O' Meara |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES LARRY BUTTS ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant EXETER FINANCE, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: March 8, 2018

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Eastern District of Michigan
Sulaiman Law Group, Ltd.

2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 568-3056
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 8, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

s/ Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
(630) 575-8181 x113
nvolheim@sulaimanlaw.com
Attorney Bar No. 6302103